JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 430 -- IN RE AIR CRASH DISASTER NEAR MOUNT EREBUS, ANTARCTICA, ON NOVEMBER 28, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/04/07 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. --Deft. Air New Zealand.   (ea) SUGGESTED TRANSFEREE DISTRICT: C. D. Cal. SUGGESTED TRANSFEREE JUDGE:   (ea) |
| 80/04/24 | | APPEARANCES -- Elmer Low, Esq. for Helen G. Klensch, et al.; Ronald H. Wecht, Esq. for Susan Lashbrook, et al.; George N. Tompkins, Esq. for Air New Zealand Ltd.   (ea) |
| 80/05/23 | | HEARING ORDER -- Setting Motion to Transfer for June 26, 1980 hearing in Boston, Mass.  (cds) |
| 80/06/09 | 2 | LETTER -- counsel for Air New Zealand, Ltd. w/dism. for A-1 and A-2 -- W/CERT. OF SVC.   (ea) |
| 80/06/16 | 3 | MOTION, BRIEF, CERT. OF SVC. -- to add B-4 Barnick, et al. v. Air New Zealand, N.D.Cal., C.A.No. C-80-2382-RHS -- Plaintiffs Barnick, et al.   (ea) |
| 80/06/20 | 4 | APPLICATION FOR LEAVE TO FILE, POSITION STATEMENT, CERT. OF SVC. -- McDonnell Douglas Corporation.   (ea) |
| 80/06/23 | | APPEARANCE -- Gerald C. Sterns, Esq. for Robert A. Barnick, etal.(ea) |
| 80/06/25 | | HEARING APPEARANCES -- Desmond T. Barry for Air New Zealand Co.; Gerald C. Sterns for Robert A. Barnick and Kathryn A. Conley; Richard T. Shugrue for McDonnell Douglas Corp.  (emh) |
| 80/08/11 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of litigation to Judge Malcolm M. Lucas. (ds) |
| 80/08/11 | | TRANSFER ORDER -- transferring A-3 and B-4 to the Central District of California for assignment to Judge Malcolm M. Lucas for coordinated or consolidated pretrial proceedings -- Notified involved clerks, judges & coun. (ds) |
| 81/02/25 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-9 Donald Magnell v. Air New Zealand, Ltd., etc., D.Colo., C.A. No. 80-K-1645, B-10 Arthur Palmer v. Air New Zealand, Ltd., etc., D.Colo., C.A. No. 80-K-1646 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 81/03/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-9 Magnell v. Air New Zealand, etc., D.Colo, 80-K-1645 and B-10 Palmer v. Air New Zealand, etc., D.Colo, 80-K-1646 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 430 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER NEAR MOUNT EREBUS, ANTARCTICA, ON NOVEMBER 28, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/11/80 | TO | unpublished | C.D. Cal. | Malcolm M. Lucas | |

Special Transferee Information

DATE CLOSED: 2/16/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 430 -- IN RE AIR CRASH DISASTER NEAR MOUNT EREBUS, ANTARCTICA, ON NOVEMBER 28, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Helen G. Klensch, et al. v. Air New Zealand, Ltd., et al. | C.D.Cal. Lucas | 80-0842-MML (Mx) | | | 5/23/80 D | |
| A-2 | Marielena Lies v. Air New Zealand Limited, et al. | C.D.Cal. Lucas | 79-04815-MML (Mx) | do not account | | 4/25/80 D | |
| A-3 | Susan Lashbrook, et al. v. Air New Zealand | N.D.Cal. Orrick | C-80-0750-WHO | 8/11/80 | 80-3566 | 5/28/82 D | |
| B-4 | Robert A. Barnick, et al. v. Air New Zealand | N.D.Cal. | C-80-2382-RHS | 8/11/80 | 80-3567 | 5/28/82 D | |
| B-5 | Patricia Mason v. Air New Zealand, et al. | C.D.Cal. Lucas | 80-2398-MML | | | 12/29/82 D | Pldg. #2 |
| XYZ-6 | Robert W. Mason, et al. v. Air New Zealand, et al. | C.D.Cal. Lucas | 80-5641-MML | | | 2/16/83 D | |
| XYZ-7 | Candis Lleone Cavaliere, etc., et al. v. Air New Zealand, et al. | C.D.Cal. Lucas | 80-5642-MML | | | 1/11/83 D | |
| XYZ-8 | Jeanna Thompson, et al. v. Air New Zealand, et al. | C.D.Cal. | 80-109-MML | | | 12/29/82 D | |
| B-9 | Donald Magnell v. Air New Zealand, Ltd., a/k/a Air New Zealand 2/25/81 | D.Colo. Kane | 80-K-1645 | 3/13/81 | 81-1336 | 1/15/82 D | |
| B-10 | Arthur Palmer v. Air New Zealand, Ltd. a/k/a Air New Zealand 2/25/81 | D.Colo. Kane | 80-K-1646 | 3/13/81 | 81-1337 | 1/15/82 D | |

July 1981 — 4 TR / 4 XYZ — 8 Pg.

See p. 2

DOCKET NO. 430 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Nevada Indus Comm. v. Air New Zealand. | C.D.Cal. | CV81-5991 | | | 1/11/83 D | |

July 1982 - 4 TR/5 √√ 2/4 dis /5 P&g.
July 1983 - $ due / ~~ ~~ / P&g.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 430 -- IN RE AIR CRASH DISASTER NEAR MOUNT EREBUS, ANTARCTICA,
ON NOVEMBER 28, 1979

SUSAN LASHBROOK, ET AL. (A-3)
Ronald H. Wecht, Esq.
Walkup, Downing, Shelby, Bastian,
  Melodia, Kelly & O'Reilly
650 California Street, 30th Floor
San Francisco, California  94108

AIR NEW ZEALAND LIMITED
George N. Tompkins, Jr., Esq.
Condon & Forsyth
1251 Avenue of the Americas
New York, New York  10020

MCDONNELL DOUGLAS CORPORATION
Richard T. Shugrue, Esq.
Mendes & Mount
9107 Wilshire Boulevard
Suite 604
Beverly Hills, California  90210

ROBERT A. BARNICK, ET AL. (B-4)
Gerald C. Sterns, Esq.
Law Offices of Gerald C. Sterns
490 Pacific Avenue
San Francisco, California  94133

PATRICIA MASON (B-5)
Daniel C. Cathcart, Esq.
Suite 810 Century City
1801 Avenue of the Stars
Los Angeles, California  90067

DONALD MAGNELL (B-9)
ARTHUR PALMER (B-10)
I. H. Kaiser, Esq.
Carl Feldhamer, Esq.
I. H. Kaiser, P.C.
Feldhamer, Fischer & Assoc. P.C.
3400 East Bayaud, Suite 280
Denver, Colo.  80209

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 430 -- IN RE AIR CRASH ~~AT ROSS ISLAND,~~ Dis. Near Mt. Erebus, ANTARCTICA ON 11/28/79

| Name of Party | Named as Party in Following Actions |
|---|---|
| Air New Zealand Ltd. | A-1, A-2, A-3, B-4, B-9, B-10 |
| McDonnell Douglas Corp. | A-1, A-2 |