JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 430

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  AUG 11 1980

IN RE AIR CRASH DISASTER NEAR MT. EREBUS, ANTARCTICA ON NOVEMBER 28, 1979

PATRICIA D. HOWARD
CLERK OF THE PANEL

8/11/80

TRANSFER ORDER*

    Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Air New Zealand Limited, a defendant in the three actions listed on the attached Schedule A, for transfer of one action (Lashbrook) pending in the Northern District of California to the Central District of California for coordinated or consolidated pretrial proceedings with two actions (Lies) and (Klensch) that were pending in that district at the time the motion was filed. Both Lies and Klensch have since been dismissed, but another action (Mason) is now pending in the Central District of California. Although Mason is not technically included in the motion to transfer, it is already pending in the district to which we are transferring this litigation, and therefore we see no harm in including Mason in the matter now before us. Similarly, another action (Barnick) not included in the motion is now pending in the Northern District of California and is being included in this transfer order because all parties in this action have fully expressed their views on the present motion. Plaintiffs in Barnick submitted a brief to the Panel and also appeared at oral argument before the Panel to support centralization of this litigation in the Central District of California; the only defendant in Barnick is the movant now before us.

    The Panel has ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Central District of California under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

    IT IS THEREFORE ORDERED that the actions listed on the attached Schedule A and pending in the Northern District of California be, and the same hereby are, transferred pursuant to Section 1407 to the Central District of California and, with the consent of that court, assigned to the Honorable Malcolm M. Lucas for coordinated or consolidated pretrial proceedings with the action already pending there and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

*Judge Edward S. Northrop took no part in the decision of this matter.

SCHEDULE A

MDL-430 -- In re Air Crash Disaster Near Mt. Erebus, Antarctica, on November 28, 1979

### Northern District of California

Susan Lashbrook, et al. v. Air New Zealand,
C.A. No. C80-0705-WHO

Robert A. Barnick, et al. v. Air New Zealand,
C.A. No. C80-2382-RHS

### Central District of California

Patricia Mason v. Air New Zealand, et al.,
C.A. No. CV-80-02398-MML